# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHARLES FAIR

NO. 2026 KW 0135

**FEBRUARY 5, 2026**

---

In Re:    Charles Fair, applying for supervisory writs, 23rd Judicial District Court, Parish of Assumption, No. 24-51.

---

**BEFORE:    THERIOT, BALFOUR, AND HAGGERTY,[1] JJ.**

**STAY DENIED. WRIT GRANTED.** The written motion to continue trial filed on August 5, 2025, wherein the defense noted the new DNA has significance to relator's claim that he acted in self-defense, was sufficient to place the State on notice that relator intended to present the justification of self-defense at trial pursuant to La. Code Crim. P. art. 390. Furthermore, relator has a right to present a defense as guaranteed by the Sixth Amendment to the United States Constitution and Article I, § 16 of the Louisiana Constitution. Accordingly, the district court's ruling precluding the defense from presenting the justification of self-defense during voir dire and at trial is reversed and this matter is remanded for further proceedings.

MRT
KEB

Haggerty, J., dissents and would deny the writ. Any defendant intending to assert the justification of self-defense pursuant to La. R.S. 14:19 or 14:20 shall provide written notice to the district attorney within ten days after the state has moved for discovery under Article 724. Relator failed to provide written notice within the time delay.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] **Haggerty, J.,** serving *pro tempore*, by special appointment of the Louisiana Supreme Court.